1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ALEXIS JAMES (NYBN 5603865)
   ANDREW M. SCOBLE (CABN 124940)
5  JONAH P. ROSS (CABN 305076)
   WENDY M. GARBERS (CABN 213208)
6  Assistant United States Attorneys

7       1301 Clay Street, Suite 340S
        Oakland, California 94612
8       Telephone: (415) 436-7196
        FAX: (510) 637-3724
9       Email: alexis.james@usdoj.gov
               andrew.scoble@usdoj.gov
10              jonah.ross@usdoj.gov

11 Attorneys for United States of America

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                  OAKLAND DIVISION

15
   UNITED STATES OF AMERICA,              )  NO.: 25-cr-0332 HSG
16                                         )
             Plaintiff,                    )  MOTION TO UNSEAL AND [PROPOSED[
17                                         )  ORDER
        v.                                 )
18                                         )  **UNDER SEAL**
   MARVIN BONILLA,                         )
19      a/k/a "Malandro,"                  )
   EDWIN CANO-MERIDA,                      )
20      a/k/a "Zombie,"                    )
   CESAR ROLANDO LUCAS-PABLO,              )
21      a/k/a "Lobo,"                      )
   WALFER MENDOZA-MENDOZA,                 )
22      a/k/a "Shorty,"                    )
   GONZALO PABLO,                          )
23      a/k/a "Chalo,"                     )
   JERONIMO "ORLANDO" PABLO-               )
24 CARRILLO,                               )
        a/k/a "Paisano,"                   )
25 MARIO PABLO-MATIAS,                     )
        a/k/a "Chuco,"                     )
26 RAYMUNDO PABLO-MATIAS,                  )
        a/k/a "El Moch,"                   )
27 CARLOS RAMIRO-MENDOZA,                  )
        a/k/a "Minch,"                     )
28                                         )
   Defendants.                          ___)

MOTION FOR SEALING ORDER              1                    v. 2/22/2020

1

2      The United States, by and through its counsel, Assistant United States Attorney Alexis James,

3  moves this Court for an order unsealing the above-referenced case in entirety, except docket entry

4  number 13, as described in court on October 30, 2025.  Several of the defendants have been arrested and

5  are in federal custody, thus disclosure of the case is no longer likely to jeopardize the investigation or

6  impending arrests.

7      Accordingly, the United States requests that the Court unseal the entire case, except docket entry

8  number 13.

9

10  DATED:  October 31, 2025          Respectfully submitted,

11                      CRAIG H. MISSAKIAN

12                      United States Attorney

13

14                      /s/
                        Alexis James

15                      Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ALEXIS JAMES (NYBN 5603865)
   ANDREW M. SCOBLE (CABN 124940)
5  JONAH P. ROSS (CABN 305076)
   WENDY M. GARBERS (CABN 213208)
6  Assistant United States Attorneys

7         1301 Clay Street, Suite 340S
          Oakland, California 94612
8         Telephone: (415) 436-7196
          FAX: (510) 637-3724
9         Email: alexis.james@usdoj.gov
                 andrew.scoble@usdoj.gov
10               jonah.ross@usdoj.gov

11  Attorneys for United States of America

12                  UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                        OAKLAND DIVISION

15
    UNITED STATES OF AMERICA,                )   NO.: 25-cr-0332 HSG
16                                           )
            Plaintiff,                       )   [PROPOSED] SEALING ORDER
17                                           )
        v.                                   )   **UNDER SEAL**
18                                           )
    MARVIN BONILLA,                          )
19      a/k/a "Malandro,"                    )
    EDWIN CANO-MERIDA,                       )
20      a/k/a "Zombie,"                      )
    CESAR ROLANDO LUCAS-PABLO,               )
21      a/k/a "Lobo,"                        )
    WALFER MENDOZA-MENDOZA,                  )
22      a/k/a "Shorty,"                      )
    GONZALO PABLO,                           )
23      a/k/a "Chalo,"                       )
    JERONIMO "ORLANDO" PABLO-                )
24  CARRILLO,                                )
        a/k/a "Paisano,"                     )
25  MARIO PABLO-MATIAS,                      )
        a/k/a "Chuco,"                       )
26  RAYMUNDO PABLO-MATIAS,                   )
        a/k/a "El Moch,"                     )
27  CARLOS RAMIRO-MENDOZA,                   )
        a/k/a "Minch,"                       )
28                                           )
    Defendants.
    [PROPOSED] SEALING ORDER                     1              v. 2/22/2020

1

2          Upon motion of the United States and good cause having been shown, IT IS HEREBY

3   ORDERED that the government's application for an unsealing order, in the above-referenced case, shall

4   be GRANTED.

5          The entirety of the case shall be unsealed, except for docket entry number 13 for reasons

6   described on the record on October 30, 2025.

7   IT IS SO ORDERED.

8   DATED: 10/31/25

9

10                                      HON. DONNA M. RYU
                                        United States Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28